# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## RONALD S. LEVENTHAL, Appellant
v.
## BAY POINT CAPITAL PARTNERS, II, LP, Appellees

**Appeal from the United States District Court
for the Northern District of Georgia
Atlanta Division
Case No: 1:25-CV06428-TRJ**

## IN RE: FULCRUM LOAN HOLDINGS, LLC, *et al,*[1]

## APPELLANT RONALD S. LEVENTHAL'S RESPONSE
## IN OPPOSITION TO APPELLANTS' MOTION TO DISMISS APPEAL

**Ronald S. Leventhal, *Appellant*
3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
rsl@tivoli-properties.com
*Proceeding Pro Se***

**January 14, 2026**

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their Federal tax identification number include: Fulcrum Loan Holdings, LLC (7041) 24-56114, Fulcrum Tale, LLC (2038) 24-56115, Strategic Retreat Holdings, LLC (2894) 24-56116, HIP II, LLC (0611) 24-56117, and Jarbai, LLC (1447) 24-56157.

# CERTIFICATE OF INTERESTED PARTIES

There is a CIP on file in this matter and there have been no changes.

This 14th day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

85458v2

**Table of Contents**

CERTIFICATE OF INTERESTED PARTIES ................................................................ ii

Table of Authorities ................................................................................... iv

INTRODUCTION ....................................................................................- 1 -

FACTS ...............................................................................................- 1 -

ARGUMENT .........................................................................................- 2 -

CONCLUSION .......................................................................................- 4 -

CERTIFICATE OF COMPLIANCE ...................................................................- 5 -

85458v2

**Table of Authorities**

## Cases

*Espinosa and Mullane* ..............................................................................- 3 -

*Mullane* v. *Central Hanover Bank and Trust Co.,* 339 U.S. 06, 313, 70 S. Ct. 652, 94 (1950)..............................................................................- 2 -

*Rosenberg vs. DVI Receivables XIV, LLC et al and US. BANK, NA.A et al, 2016 WL 1392642,* Case Number 14-14620, Docket Number 1:12-CV-22275-PAS (April 8, 2016) ............................................................- 3 -

*United Student Aid Funds, Inc., Petitioner, v. Francisco J Espinosa,* 130 S.Ct. 1367, 559 U.S. 260 (2010)..............................................- 2 -

## Other Authorities

Docket [3]..............................................................................................- 2 -

Docket [38]............................................................................................- 2 -

## Rules

Federal Rule of Appellate Procedure 32(a)(7)(B) ......................................- 5 -

Federal Rule of Appellate Procedure 32(g)(l) ...........................................- 5 -

*FRBP 27* .............................................................................................- 1 -

Rule 60 ................................................................................................- 4 -

## United States Codes

*11 U.S.C. § 7001 (2)* ...........................................................................- 3 -

*U.S.C. § 363 (f)* ...................................................................................- 2 -

*U.S.C. § 363 (m)* .................................................................................- 2 -

**COMES NOW,** Ronald S. Leventhal, ("**Appellant**" or "**Leventhal**") and Pursuant to *FRBP 27* files this his *OPPOSITION TO APPELLANTS' MOTION TO DISMISS APPEAL* showing to this Honorable Court as follows:

## INTRODUCTION

The Emergency Motions by Appellants are not moot. Leventhal also sought to Stay the effect and execution of a certain Plan of Liquidation in the Bankruptcy Court below. Although partially effectuated, the Plan of Liquidation has not been completely executed.

In fact, the most critical element is a future determination by the Bankruptcy Court as to whether or not the Auction process meets the standards of the Bankruptcy Code and should be confirmed or denied. That will not be decided until January 20, 2026, based on current status in the case below.

## FACTS

While originally scheduled for hearing on November 20, 2025, by the Court below, that matter was continued until a renewed hearing on January 13, 2026. The Court has now set aside a second portion of that hearing for January 20, 2026.

85458v2

Notably, that is the earliest date before which a Stay Order by this Honorable Court could be moot. It is necessary to protect the Rights of numerous people and in the interest of the public.

## ARGUMENT

The Emergency Motion filed by Appellant's in this Court is at Docket [3]. Leventhal filed his Emergency Motion at Docket [38].

Until the actual Confirmation of an Auction of a Sale of the Hampton Island Preserve property, which is the Object of the Plan, the Appeal is not moot. Therefore, it remains within the breast of this Court determining whether or not to Grant or Deny the Emergency Motions. See *U.S.C. § 363 (m)*. Here the Court below has not confirmed the Sale to a Bonafide purchaser. In fact, the lender, a defendant in an Adversary for tort claims against Debtors, is the bidder.

Appellant has filed on January 12, 2026, an extensive analysis of why the Courts below have not applied *United Student Aid Funds, Inc., Petitioner, v. Francisco J. Espinosa,* 130 S.Ct. 1367, 559 U.S. 260 (2010) and *Mullane* v. *Central Hanover Bank and Trust Co.,* 339 U.S. 06, 313, 70 S. Ct. 652, 94 (1950) correctly to the facts herein. Those cases are essential to the analysis of the deed under *U.S.C. § 363 (f)*, ordered by the Plan.

85458v2

Both Courts below, based on the Plan, are construing it to mean that the Bankruptcy Court is relieved of the obligation to comply with *11 U.S.C. § 7001 (2)* as mandated by Congress. As Leventhal articulates in his Petition for Panel Rehearing or En Banc Determination refiled January 12, 2026, both the Third and Ninth Circuits have significant cases which confirm the opposite view of the Courts below.[2]

In salient part the U.S. Supreme Court has ruled in *Espinosa and Mullane, supra,* that if due process is provided as to Notice of a Plan and Creditor/Claimants do not object and request an Adversary trial they waive their right to challenge even a otherwise invalid final Plan Confirmation Order.

Claimants in Chapter 11 who are facing a loss of Property Rights resulting from a Plan, who timely object to a Plan, and yet the Bankruptcy Court fails to conduct an Adversary to determine Debtor's and Claimant's Rights to the property, or guaranty, means as here, the Plan cannot be confirmed. In *Espinosa and Mullane, supra,* the Claimants failed to timely object to the Plans and did not

---

[2] As Leventhal discusses in his Petition this Court respects the enforcement of the Bankruptcy Rules on Appeal, <u>See</u> *Rosenberg vs. DVI Receivables XIV, LLC et al and US. BANK, NA.A et al, 2016 WL 1392642,* Case Number 14-14620, Docket Number 1:12-CV-22275-PAS (April 8, 2016)

seek an Adversary. Therefore, under *Rule 60*, they could not set aside the erroneous confirmation Orders confirming the Plans.

## CONCLUSION

For the foregoing reasons Leventhal respectfully urges that the Motion by Appellant's Wayne Lyle and Charles Cary to have their Appeal from the denial of the Emergency Motion dismissed for lack of jurisdiction, be denied. Jurisdiction is valid.

This 14th day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Hwy, Suite 230
Marietta, GA 30064
Telephone: (404) 272-7600
Email: rsl@tivoli-properties.com

85458v2

# CERTIFICATE OF COMPLIANCE

This Response complies with the word limit of Federal Rule of Appellate Procedure 32(a)(7)(B). This Response complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(g)(l) and was prepared in a proportionally based typeface using Microsoft Word, 14-point Times New Roman font containing 699 words in the body of the document at a total of 1348 words in the entirety of the document.

This 14th day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
Email: rsl@tivoli-properties.com

85458v2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing *APPELLANT RONALD S. LEVENTHAL'S RESPONSE IN OPPOSITION TO APPELLANTS' MOTION TO DISMISS APPEAL* was filed on January 14, 2026, through the Courts Electronic System. The undersigned also certifies that a copy of the foregoing will be sent by email to:

Alan Hinderleider, Esq.
Office of The United States Trustee
Suite, 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Email: Alan.hinderleider@us-doj.com

Steve Hall, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
3414 Peachtree Road NE Suite 1500
Atlanta, Georgia 30326
Email: shall@bakerdonelson.com

Mark I. Duedall, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
3414 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Email: mduedall@bakerdonelson.com

Benjamin R. Keck, Esq.
Keck Legal, LLC
2801 Buford Highway, NE, Ste 115
Atlanta, GA 30329
Email: bkeck@kecklegal.com

F. Beaumont Howard, Esq.
Fox Rothschild, LLP
999 Peachtree Street NE, Suite 1500
Atlanta, GA 30312
Email:
FBHoward@foxrothschild.com

John F. Isbell, Esq.
The Law Offices of John F. Isbell,
LLC
3050 Peachtree Road NE, Suite 740
Atlanta, GA 30305
Email: john@JFI-Law.com

Marshall Glade
Glass Ratner
3445 Peachtree Road, Suite 1225
Atlanta, Georgia 30326
Email: mglade@glassratner.com

John C. Allerding, Esq.
Thompson Hine, LLP
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Email:
John.allerding@thompsonhine.com

Alan Lepene, Esq.
Thompson Hine, LLP
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Email:
Alan.Lepene@thompsonhine.com

This 14th day of January 2026.

Respectfully submitted,


s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
Email: rsl@tivoli-properties.com