Case No. 25-14218-B

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### RONALD S. LEVENTHAL, Appellant
v.
### BAY POINT CAPITAL PARTNERS, II, LP, Appellees

**Appeal from the United States District Court
for the Northern District of Georgia
Atlanta Division
Case No: 1:25-CV06428-TRJ**

## IN RE: FULCRUM LOAN HOLDINGS, LLC, *et al*,[1]

## SUPPLEMENT TO APPELLANT RONALD S. LEVENTHAL'S RESPONSE IN OPPOSITION TO APPELLANTS' LYLE AND CARY MOTION TO DISMISS APPEAL

Ronald S. Leventhal, *Appellant*
3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
rsl@tivoli-properties.com
*Proceeding Pro Se*

**January 21, 2026**

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their Federal tax identification number include: Fulcrum Loan Holdings, LLC (7041) 24-56114, Fulcrum Tale, LLC (2038) 24-56115, Strategic Retreat Holdings, LLC (2894) 24-56116, HIP II, LLC (0611) 24-56117, and Jarbai, LLC (1447) 24-56157.

i

85458v3

# CERTIFICATE OF INTERESTED PARTIES

There is a CIP on file in this matter and there have been no changes.

This 21st day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

85458v3

# Table of Contents

CERTIFICATE OF INTERESTED PARTIES ........................................................... ii

TABLE OF AUTHORITIES ............................................................................... iv

INTRODUCTION ............................................................................................. - 1 -

ARGUMENT ................................................................................................... - 1 -

CERTIFICATE OF COMPLIANCE ................................................................... - 4 -

85458v3

# TABLE OF AUTHORITIES

## Statutes

*11 U.S.C. § 363 (m)* ................................................................................................- 2 -

## Other Authorities

Docket [3] ..............................................................................................................- 2 -
Docket [38]. ..........................................................................................................- 2 -

## Rules

Federal Rule of Appellate Procedure 32(a)(7)(B)..............................................- 4 -
Federal Rule of Appellate Procedure 32(g)(1)..................................................- 4 -
*FRBP 27*..............................................................................................................- 1 -

85458v3

COMES NOW, Ronald S. Leventhal, ("**Appellant**" or "**Leventhal**") and Pursuant to *FRBP 27* files this **SUPPLEMENT TO** *OPPOSITION TO APPELLANTS' LYLE AND CARY MOTION TO DISMISS APPEAL* showing to this Honorable Court as follows:

## INTRODUCTION

Appellant previously provided this Honorable Court with information confirming why the this Emergency Motions for Stay filed by all Appellants are not moot. That included, *inter alia*, the primary objective of the Plans as to which the Appellants seek a stay, is the sale of the property of the Debtors. That has not been confirmed.

## ARGUMENT

The Bankruptcy Court originally scheduled a hearing to determine whether the purported auction of November 14, 2025, should be confirmed, to convene on November 21, 2025. That was continued to December 18, 2025.

In turn the matter of a possible confirmation of a purported sale had been continued to January 13, 2026. As anticipated, a continuation of the ongoing Confirmation Hearing, is now set for January 26, 2026. That is the next possible date of a risk of finality Below.

- 1 -

85458v3

The Emergency Motions filed by Appellants in this Court are at Docket [3], and Docket [38]. Given the final objective of the Plans have not been completed or executed by the Bankruptcy Court, this matter is not moot.

Therefore, Appellant submits, this Honorable Court continues to have jurisdiction over the Emergency Motions for Stay of the sale of the property, which is the object of the Plans.

## CONCLUSION

This Court historically prioritizes "finality" in determining mootness. Here, the objectives of the Plans have not been finalized. The Court has not yet confirmed the sale the property. Moreover no deed passing Title under *11 U.S.C. § 363 (m)*, has been authorized. Since that has not occurred, the matter is not moot.

For the foregoing reasons, Appellant respectfully urges that the Motion by Appellants' Wayne Lyle and Charles Cary to have their Appeal from the denial of their Emergency Motion dismissed for lack of jurisdiction, be denied. Appellant submits that Jurisdiction remains vested in this Court.

- 2 -

85458v3

This 21ST day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal
Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Hwy, Suite 230
Marietta, GA 30064
Telephone: (404) 272-7600
Email: rsl@tivoli-properties.com

# CERTIFICATE OF COMPLIANCE

This Response complies with the word limit of Federal Rule of Appellate Procedure 32(a)(7)(B). This Response complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(g)(1) and was prepared in a proportionally based typeface using Microsoft Word, 14-point Times New Roman font containing 365 words in the body of the document at a total of 981 words in the entirety of the document.

This 21st day of January 2026.

Respectfully submitted,

<u>s/Ronald S. Leventhal</u>
Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
Email: rsl@tivoli-properties.com

85458v3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **SUPPLEMENT TO** *APPELLANT RONALD S. LEVENTHAL'S RESPONSE IN OPPOSITION TO APPELLANTS' LYLE AND CARY MOTION TO DISMISS APPEAL* was filed on January 21, 2026, through the Courts Electronic System. The undersigned also certifies that a copy of the foregoing will be sent by email to:

Alan Hinderleider, Esq.
Office of The United States Trustee
Suite, 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Email: Alan.hinderleider@us-doj.com

Steve Hall, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
3414 Peachtree Road NE Suite 1500
Atlanta, Georgia 30326
Email: shall@bakerdonelson.com

Mark I. Duedall, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
3414 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Email: mduedall@bakerdonelson.com

Benjamin R. Keck, Esq.
Keck Legal, LLC
2801 Buford Highway, NE, Ste 115
Atlanta, GA 30329
Email: bkeck@kecklegal.com

F. Beaumont Howard, Esq.
Fox Rothschild, LLP
999 Peachtree Street NE, Suite 1500
Atlanta, GA 30312
Email:
FBHoward@foxrothschild.com

John F. Isbell, Esq.
The Law Offices of John F. Isbell,
LLC
3050 Peachtree Road NE, Suite 740
Atlanta, GA 30305
Email: john@JFI-Law.com

Marshall Glade
Glass Ratner
3445 Peachtree Road, Suite 1225
Atlanta, Georgia 30326
Email: mglade@glassratner.com

John C. Allerding, Esq.
Thompson Hine, LLP
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Email:
John.allerding@thompsonhine.com

Alan Lepene, Esq.
Thompson Hine, LLP
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Email:
Alan.Lepene@thompsonhine.com

This 21ST day of January 2026.

Respectfully submitted,

s/Ronald S. Leventhal

Ronald S. Leventhal
Proceeding *Pro Se*

3600 Dallas Highway, Suite 230
Marietta, Georgia 30064
Telephone: (770) 272-7600
Email: rsl@tivoli-properties.com

- 2 -